[No. 2325-1.   Division One.   June 2, 1975.]

W. THOMAS STARK, *Appellant*, v. JAMES A. DONALDSON *et al*, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 756481, Janice Niemi, J., entered April 27, 1973. *Affirmed* by unpublished per curiam opinion.

[No. 3126-1.   Division One.   June 2, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD ORVILLE BOAST, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 60143, James W. Mifflin, J., entered June 16, 1972. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Farris and James, JJ.

[No. 1276-2.   Division Two.   June 3, 1975.]

DARLENE ALMQUIST, *Appellant*, v. JAROLD T. ALMQUIST *et al*, *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 210548, Waldo F. Stone, J., entered November 5, 1973. *Affirmed in part and remanded* by unpublished opinion per Armstrong, C.J., concurred in by Pearson and Petrie, JJ.

[No. 3072-1.   Division One.   June 9, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. GLENN RUPHERT GIBSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 67270, Horton Smith, J., entered May 29, 1974. *Affirmed* by unpublished opinion per Farris, J., concurred in by James and Swanson, JJ.